UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DONALD W. STRECK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:05-cv-385 |
| | ) | (*Phillips/Shirley*) |
| | ) | |
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Respondent. | ) | |

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DONALD W. STRECK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:06-cv-290 |
| | ) | (*Jordan/Guyton*) |
| | ) | |
| UNITED STATES OF AMERICA and | ) | |
| U.S. PROBATION AND PAROLE, | ) | |
| | | |
| Respondent. | | |

# MEMORANDUM AND ORDER

Petitioner has filed two petitions for habeas corpus relief, the facts of which are related. These cases are **CONSOLIDATED** for all purposes. Civil Action No. 3:06-cv-290 will be the lead case, and all pleadings are to be filed in Civil Action No. 3:06-cv-290. Civil Action No. 3:05-cv-385 is **REASSIGNED** from District Judge Thomas W. Phillips to District Judge Leon Jordan, and from Magistrate Judge C. Clifford Shirley to Magistrate Judge H. Bruce Guyton.

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**